No. 11–423. MIDDLEBROOKS v. GODWIN CORP. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11–426. PIETRANGELO v. SANDUSKY LIBRARY ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–428. CAMPBELL v. KOCHER. Sup. Ct. Va. Certiorari denied.

No. 11–429. CROMWELL v. UNITED STEELWORKERS OF AMERICA ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–440. SCHUPAK GROUP, INC. v. TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA. C. A. 2d Cir. Certiorari denied.

No. 11–444. BLANKENSHIP v. METROPOLITAN LIFE INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 11–448. FAYER, AKA MCLYNN v. VAUGHN ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–455. VANDEVERE ET AL. v. LLOYD, COMMISSIONER, ALASKA DEPARTMENT OF FISH AND GAME. C. A. 9th Cir. Certiorari denied.

No. 11–463. ANDERSON ET AL. v. NATIONAL HERITAGE FOUNDATION, INC. C. A. 4th Cir. Certiorari denied.

No. 11–464. STOCK v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 11–472. LIN v. ROHM & HAAS CO. Super. Ct. Pa. Certiorari denied.